# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 08, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Gonzalez, Randall | Docket No. | 0980 2:18CR00051-TOR-1 |
| --- | --- | --- | --- |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Randall Gonzalez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 26h day of March, 2018 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use of or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Randall Gonzalez violated the conditions of pretrial supervision by testing positive for the use of methamphetamine. On April 11, 2018, Mr. Gonzalez submitted to urine drug testing which was confirmed positive for the use of methamphetamine by the laboratory.

**Violation #2:** Randall Gonzalez violated the conditions of pretrial supervision by taking an illegally obtained opiate medication on or about June 4, 2018. On June 6, 2018, Mr. Gonzalez admitted to taking an illegally obtained opiate medication on or about June 4, 2018.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:          June 8, 2018

by          s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

**PS-8**
**Re: Gonzalez, Randall**
**June 8, 2018**
**Page 2**


THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[X]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

                                        _____
                                        Signature of Judicial Officer

                                        June 8, 2018
                                        _____
                                        Date