# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2018

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gonzalez, Randall | Docket No. | 0980 2:18CR00051-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Randall Gonzalez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 26h day of March, 2018 under the following conditions:

**<u>Standard Condition #9</u>:** Defendant shall refrain from the use of or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Randall Gonzalez violated the conditions of pretrial supervision by testing positive for the use of methamphetamine. On June 28, 2018, Mr. Gonzalez submitted to urine drug testing which tested presumptively positive for the use of methamphetamine by the instant test. Mr. Gonzalez refused to sign paperwork acknowledging the test results and refused to sign the admission/denial form. Mr. Gonzalez later spoke with his treatment counselor and admitted to using methamphetamine on the morning of June 28, 2018. He also admitted to the use of methamphetamine on June 28, 2018, to the undersigned officer.

PRAYING THAT THE COURT WILL ISSUE A WARRANT.

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: June 29, 2018 |
| | by | s/Curtis G. Hare |
| | | Curtis G. Hare<br>U.S. Pretrial Services Officer |

PS-8

Re: Gonzalez, Randall
June 29, 2018
Page 2


THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_June 29, 2018_____
Date